IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT ) | |
| FUNDS OF ILLINOIS, *et al*., ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | NO. 11 C 2017 |
| vs. ) | |
| ) | JUDGE WILLIAM J. HIBBLER |
| METROPOLITAN WOODWORK ) | |
| INSTALLATIONS, INC., ) | |
| an Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, METROPOLITAN WOODWORK INSTALLATIONS, INC., an Illinois corporation, in the total amount of $20,877.85, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $862.50.

On March 28, 2011, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on April 18, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Cecilia M. Scanlon

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>27th</u> day of <u>April 2011</u>:

                Mr. Charles V. Muscarello, Registered Agent
                Metropolitan Woodwork Installations, Inc.
                4N701 School Road
                St. Charles, IL   60175


                                          <u>/s/   Cecilia M. Scanlon</u>


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Metropolitan Woodwork\motion for default judgment.cms.df.wpd